UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**CARROLL THOMAS,**

    **Plaintiff,**

**v.**                                               **Civil Action No. 3:10-CV-2023-N-BK**

**DALLAS COUNTY, et al.,**                 **Pretrial Management**

    **Defendants.**

## FINDINGS, CONCLUSION AND RECOMMENDATION

Pursuant to the District Court's referral of this case for pretrial management, this cause came before the undersigned on Plaintiff's *Motion for Voluntary Dismissal* as to her claims against Defendants. (Doc. 9). Defendant Dallas County agrees to Plaintiff's voluntary dismissal of this action. None of the other Defendants has been served with process. (*See* Doc. 2 at 19). Accordingly, it is recommended that Plaintiff's *Motion for Voluntary Dismissal* be **GRANTED**.

**SO RECOMMENDED** on January 6, 2011.

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE